UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| PENNY H. PETERSEN, | ) | CIV. 05-4079-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| PROXYMED, INC., a corporation; and | ) | |
| JERRY FELDMAN, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the court's order granting summary judgment, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants and against plaintiff.

IT IS FURTHER ORDERED that costs shall hereinafter be taxed by the Clerk in favor of defendants and against plaintiff.

Dated April 4, 2008.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE